December 21, 2007

Mr. Michael W. Eady
Thompson, Coe, Cousins & Irons, L.L.P.
701 Brazos, Suite 1500
Austin Centre
Austin, TX 78701
Mr. Andy Taylor
Andy Taylor and Associates, P.C.
405 Main Street, Suite 200
Houston, TX 77002

RE: Case Number: 05-0895
 Court of Appeals Number: 03-03-00634-CV
 Trial Court Number: 23,425

Style: FORD MOTOR COMPANY
 v.
 TIBURCIO LEDESMA, JR.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Jeffrey Kyle |
| |Mr. Stephen E. |
| |Garner |
| |Ms. Cathy Smith |